AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| VIOLA GUYTON aka "Bookey" | Case No.   5:18CR50024-001 |
| | USM No.   15051-010 |
| | Joe Alfaro |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations: No(s). 1, 3, 4, 5, 6, & 7 of the term of supervision.

☒ was found in violation of   No. 2   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Special Condition: Failure to comply with FOCUS Court program | 10/7/2021 |
| 2 | Mandatory Condition No. 3: Tested positive for marijuana and methamphetamine | 7/22/2021 |
| 3 | Mandatory Condition No. 3: Tested positive for methamphetamine | 8/12/2021 |
| 4 | Mandatory Condition No. 3: Tested positive for methamphetamine | 9/13/2021 |
| 5 | Special Condition No. 1: Failure to comply with drug treatment | 10/7/2021 |
| 6 | Special Condition: No.1: Failure to report for Comply drug testing | 10/4/2021 |
| 7 | Special Condition: Failure to comply with FOCUS Court program | 10/7/2021 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   5478

Defendant's Year of Birth:   1986

City and State of Defendant's Residence:
Fayetteville, Arkansas

November 19, 2021
Date of Imposition of Judgment

*/s/ Signature of Judge*

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

November 22, 2021
Date

Judgment — Page 2 of 2

**DEFENDANT:** VIOLA GUYTON aka "Bookey"
**CASE NUMBER:** 5:18CR50024-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **six (6) months. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at          ☐ a.m.   ☐ p.m.   on                                      .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL